UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 20 2015

UNITED STATES OF AMERICA,
ex rel. Jon J. Platz,

          Relator,

v.

BANK OF AMERICA CORPORATION,

          Defendant.

1:12-cv-8399-GBD

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Jonathan G. Cedarbaum for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Maryland, and that his contact information is as follows:

    Jonathan G. Cedarbaum
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    Tel: (202) 663-6315
    Fax: (202) 663-6363
    Email: jonathan.cedarbaum@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Bank of America Corporation in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JAN 20 2015 , 2015

_George B Daniels_
Honorable George B. Daniels
United States District Judge