UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 20 2015

UNITED STATES OF AMERICA,
ex rel. Jon J. Platz,

    Relator,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

1:12-cv-8399-GBD

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Nikhel Sus for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Maryland, and that his contact information is as follows:

Nikhel Sus
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6552
Fax: (202) 663-6363
Email: nikhel.sus@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Bank of America Corporation in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JAN 2 0 2015, 2015

_____
Honorable George B. Daniels
United States District Judge