# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Jon J. Platz,<br><br>                    Relator,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>                    Defendant. | 1:12-cv-8399-GBD |

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The Second Amended Complaint filed by Relator on January 13, 2015 [ECF Dkt. 15] shall supersede the First Amended Complaint and serve as the operative complaint.

2. Service of the Second Amended Complaint upon the Defendant by the Relator is authorized.

SO ORDERED:

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DATED: