## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
ex rel. Jon J. Platz,

                    Relator,                          1:12-cv-8399-GBD

        v.

BANK OF AMERICA CORPORATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 1 2015

## ORDER

IT IS HEREBY ORDERED THAT:

1.    The Second Amended Complaint filed by Relator on January 13, 2015 [ECF Dkt.

15] shall supersede the First Amended Complaint and serve as the operative complaint.

2.    Service of the Second Amended Complaint upon the Defendant by the Relator is

authorized.


SO ORDERED:


_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE


DATED:    JAN 2 1 2015