UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Jon J. Platz,<br><br>                    Relator,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>                    Defendant. | 1:12-cv-8399-GBD<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANT'S MOTION TO DISMISS

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1), and 12(b)(6), and based upon the accompanying memorandum of law, Defendant Bank of America Corporation hereby moves this Court, the Honorable George B. Daniels, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order dismissing all claims in the Second Amended Complaint with prejudice.

Dated: March 10, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan G. Cedarbaum*
　　　　　　　　　　　　　　　　　　　　Jonathan G. Cedarbaum (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Charles C. Speth (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Nikhel S. Sus (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND
　　　　　　　　　　　　　　　　　　　　DORR LLP
　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

    I, Jonathan G. Cedarbaum, hereby certify that on March 10, 2015, true and correct copies of the foregoing Notice of Defendant's Motion to Dismiss; Memorandum in Support of Defendant's Motion to Dismiss; and Declaration of Charles C. Speth in Support of Defendant's Motion to Dismiss were served via ECF upon all the parties, and via first-class mail upon the United States.

                                                                           */s/ Jonathan G. Cedarbaum*