

# WILMERHALE

Jonathan G. Cedarbaum

+1 202 663 6315 (t)
+1 202 663 6363 (f)
jonathan.cedarbaum@wilmerhale.com

March 10, 2015

**SO ORDERED**
The oral argument is scheduled for May 7, 2015 at 11:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Hon. George B. Daniels
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States ex rel. Platz v. Bank of America Corp.*, No. 12-cv-8399

**Request for Oral Argument on Defendant's Motion to Dismiss**

Dear Judge Daniels:

I write on behalf of the Defendant in the above-captioned matter and pursuant to your Individual Rules and Practices § 3.D to request oral argument on Defendant's Motion to Dismiss, which is being filed contemporaneously with this letter.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jonathan G. Cedarbaum*
Jonathan G. Cedarbaum
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6315
jonathan.cedarbaum@wilmerhale.com

*Counsel for Defendant Bank of America Corporation*

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington