UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
ex rel. Jon J. Platz,

    Relator,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

1:12-cv-8399-GBD

## ORDER

IT IS HEREBY ORDERED THAT:

1. Relator shall file his opposition to Defendant's motion to dismiss on or before May 1, 2015.

2. Defendant shall file its reply to Relator's opposition to Defendant's motion to dismiss on or before May 22, 2015.

3. The oral argument originally scheduled for May 7, 2015 at 11:30 a.m. is continued to May 28, 2015 at 11:00 Am.

SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS   MAR 19 2015
UNITED STATES DISTRICT JUDGE

DATED: