

**Sadowski Fischer PLLC**

39 Broadway
Suite 1540
New York, NY 10006

phone: 212 913 9678
fax: 646 502 5357
www.sflawgroup.com



April 24, 2015

Hon. George B. Daniels
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 29 2015

Re:   United States *ex rel.* Platz v. Bank of America Corp., No 12-cv-8399

Consent Request for Extension of Page Limit for Opposition to Motion to Dismiss and Reply Memorandum in Support of Motion to Dismiss

Dear Judge Daniels:

    We represent Relator Jon J. Platz, in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d) and your Honor's individual practice rule 3, Relator respectfully requests, with the consent of Defendant Bank of America's counsel, a 10 page extension of this Court's 25 page limit for his Memorandum in Opposition to Motion to Dismiss.

    Relator submits there is good cause for this extension of the page limit. Relator intends to oppose Defendant's Rule 12(b)(6) argument as well as its Rule 9(b) argument. Additionally, Relator intends to oppose Defendant's public disclosure bar argument. Thus, Relator respectfully requests a 10 page extension of the Court's 25 page limit, for a total page limit of 35 pages.

    On April 24, 2015, Defendant's counsel consented to our request, and requested that Defendant be allowed 15 pages for its reply memorandum, to which request we consented.

Respectfully submitted,

/s/ Andrea Fischer
Andrea Fischer
Sadowski Fischer PLLC
39 Broadway, Suite 1540
New York, New York 10007
212 913 9678
afischer@sflawgroup.com

*counsel to Relator, Jon J. Platz*

Hon. George B. Daniels
Page 2

cc: Jonathan G. Cedarbaum, Esq. (via email)
Wilmer Cutler Pickering Hale and Dorr LLP
Counsel to Defendant Bank of America Corporation