IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
ex rel. Jon J. Platz, Relator,

                                                     **12cv8399 (GBD)**

vs.

BANK OF AMERICA CORPORATION,

    Defendant

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Relator's Memorandum of Law in Support of His Motion to Amend the Second Amended Complaint Pursuant to Fed. R. Civ. P. 15 dated April 30, 2015, the Declaration of Andrea Fischer dated April 30, 2015, and exhibits thereto, and the draft Third Amended Complaint, Relator will move this court, on May 13, 2015 at 10:00 A.M. or a date as the court may determine, for an order allowing the Relator to file and serve the proposed Third Amended Complaint.

Dated: New York, New York
        April 30, 2015

                                          **SADOWSKI FISCHER PLLC**

                                          By:  /s/ Andrea Fischer

                                          Andrea Fischer
                                          afischer@sflawgroup.com
                                          Robert W. Sadowski
                                          Raphael Katz
                                          39 Broadway, Suite 1540
                                          New York, NY 10006
                                          Telephone: (212) 913-9678
                                          Fax: (646) 502-5357

**WATERS AND KRAUS**
Wm. Paul Lawrence, II (*Pro Hac Vice* pending)
plawrence@waterskraus.com
Washington D.C. Metro Office
37163 Mountville Rd.
Middleburg, VA 20117
Telephone: (540) 687-6999
Fax: (540) 687-5457

Loren Jacobson
ljacobson@waterskraus.com
Charles Siegel (*Pro Hac Vice* to be submitted)
csiegel@waterskraus.com
3219 McKinney Ave.
Dallas, TX 75204
Telephone: (214) 357-6244
Fax: (214) 357-7252

**SHAMBERG, JOHNSON & BERGMAN**
John M. Parisi (*Pro Hac Vice* pending)
jparisi@sjblaw.com
2600 Grand Blvd., Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Fax: (816) 474-0003

**GIRARD GIBBS LLP**
Eric H. Gibbs (*Pro Hac Vice* to be submitted)
ehg@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Relator*