UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
*ex rel.* Jon J. Platz,

            Relator,

-against-

BANK OF AMERICA CORPORATION,

            Defendant.

---

12 cv 8399 (GBD)

**Order for Admission**
*PRO HAC VICE*

The motion of John M. Parisi, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Missouri and Kansas, and that his contact information is as follows:

    John M. Parisi, MO #36422  KS #14078
    Shamberg, Johnson & Bergman, Chtd.
    2600 Grand Blvd., Suite 550
    Kansas City, MO 64108
    Ph: (816) 474-0004 / Fx: (816) 474-0003
    jparisi@sjblaw.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Jon J. Platz in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: MAY 13 2015

                                                *George B. Daniels*
                                          United States District Judge