

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
*ex rel.* Jon J. Platz,

          Relator,

v.

BANK OF AMERICA CORPORATION,

          Defendant.

---

1:12-cv-8399 (GBD)

Order for Admission
*PRO HAC VICE*

The motion of Kay Gunderson Reeves for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Texas and Washington, and that her contact information is as follows:

    Kay Gunderson Reeves
    Waters & Kraus, LLP
    3219 McKinney Avenue
    Dallas, Texas 75204
    (214) 357-6244
    (214) 357-7252
    kreeves@waterskraus.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Jon J. Platz in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: MAY 13 2015

_____
George B. Daniels
United States District/J