UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                           1:12-cv-8399 (GBD)
*ex rel.* Jon J. Platz,

        Relator,

v.

BANK OF AMERICA CORPORATION,

        Defendant.



Order for Admission
*PRO HAC VICE*
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAY 13 2015

The motion of Wm. Paul Lawrence, II., for admission to practice *pro hac vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s)

of Texas and Virginia, and that his contact information is as follows:

        Wm. Paul Lawrence, II.
        Waters & Kraus, LLP
        37163 Mountville Rd.
        Middleburg, VA 20117
        Telephone: 540/687-6999
        Fax:  540-687-5457
        plawrence@waterskraus.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Jon J. Platz in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.
MAY 13 2015

Dated:_____

                                           _____
                                         United States District/