UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,
ex rel. Jon J. Platz,

                       Relator,

-against-

BANK OF AMERICA CORPORATION,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: OCT 08 2015 |

ORDER

12 Civ. 8399 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument regarding Defendant's motion to dismiss the third amended complaint is adjourned to October 15, 2015 at 2:00 PM.

Dated: October 8, 2015
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1