# Sadowski Fischer PLLC

39 Broadway
Suite 1540
New York, NY 10006

phone: 212 913 9678
fax: 646 502 5357
www.sflawgroup.com

October 9, 2015

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

Re:   United States *ex rel.* Platz v. Bank of America Corp., no 12-cv-8399

Dear Judge Daniels:

    We represent Relator Jon J. Platz in the above-referenced matter. We write to ask permission to use demonstrative visual aids during the October 15, 2015 hearing on Defendants' Motion to Dismiss the Third Amended Complaint in the above captioned case. These visual aids depict excerpts from the exhibits to our Third Amended Complaint, charts and graphs contained in the body of that Complaint, and/or variations thereof.

Respectfully submitted,

/s/ Raphael Katz
Raphael Katz
Sadowski Fischer PLLC
39 Broadway, Suite 1540
New York, New York 10007
212 913 9678
rkatz@sflawgroup.com
*Counsel to Relator*